COTTLE et al., Respondents, v. ROCK-WELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Octavius O. Cottle, and another, as executors, etc., against Pauline M. Rockwell, impleaded, etc. No opinion. Appeal dismissed, with $10 costs.

COTTER, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Ellen Cotter, Jr., against the Metropolitan Elevated Railway Company and others. A. O. Townsend, for appellants. J. A. Weekes, for respondent. No opinion. Judgment affirmed, with costs.

CRANDALL, Respondent, v. JACOB, Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Eben V. Crandall against Julius Jacob. No opinion. Application for leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 279.

CROCKER et al., Respondents, v. ORPHEUS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Leonard B. Crocker and others against Buffalo Orpheus and others. No opinion. Judgment affirmed, with costs.

In re CUVILLIER. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the application of Louis A. Cuvillier for license to practice law. No opinion. The applicant should produce a letter of recommendation from one of the judges of Virginia, as required by rule 2 of the rules for admission of attorneys to practice.

In re CZAKI. (Supreme Court, Appellate Division, First Department. December 10, 1897.) In the matter of Frederick M. Czaki. No opinion. Motion denied.

DAVEY et al., Respondents, v. ORIENT INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Reuben J. Davey and Fanny Davey against the Orient Insurance Company. No opinion. Judgment and order affirmed, with costs.

DELEHANTY, Respondent, v. FITHIAN et al., Appellants. CAMPBELL, Respondent, v. FITHIAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Actions by Edward J. Delehanty, as general guardian of Daniel W. Streeter, an infant, against Richard B. Fithian and others, and by Isabel Campbell against Richard B. Fithian. No opinion. Orders affirmed, with $10 costs in one case and disbursements in both.

DEMPSEY, Appellant, v. WEST SIDE R. CO. OF ELMIRA. (Supreme Court, Appellate Division, Third Department. December 7,

1897.) Action by James Dempsey, as administrator, etc., of Thomas W. Dempsey, deceased, against the West Side Railroad Company of Elmira. No opinion. Exceptions overruled, with costs, and judgment ordered for defendant upon the nonsuit.

In re DENTON'S WILL. (Supreme Court, Appellate Division, Fourth Department. March Term, 1897.) In the matter of proving the will of Nehemiah Denton, deceased. No opinion. Motion denied, without costs. See 45 N. Y. Supp. 1138.

DE ST. LAURENT, Appellant, v. SLATER, Respondent. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Esther G. De St. Laurent against George A. Slater. No opinion. Judgment affirmed, with costs, on opinion of the special term. See 43 N. Y. Supp. 63.

DIEHL v. ROBINSON. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Julia Diehl, as administratrix, against Andrew Robinson. No opinion. Motion denied upon payment of $10 costs, to enable appellant to move in court below to open default.

DOWNEY, Respondent, v. LOW, Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Nicholas Downey, an infant, by James Downey, his guardian ad litem, against Abbott A. Low. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 207.

DOWNS v. ROSS et al. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Ella R. Downs against Reuben W. Ross and others. No opinion. Motion denied.

DUCY LUMBER CO., Respondent, v. LEWIS, Appellant. (Supreme Court Appellate Division, Third Department. December 7, 1897.) Action by the Ducy Lumber Company against Frank Lewis, Sr. No opinion. Judgment affirmed, with costs.

DUDLEY, Respondent, v. SNYDER, Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Samuel F. Dudley against Stephen F. Snyder. No opinion. Judgment affirmed, with costs.

DUNNING, Respondent, v. CURTICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by John D. Dunning against G. Howard Curtice. No opinion. Order affirmed, with $10 costs and disbursements.

DYER v. CARNCROSS et al. (Supreme Court, Appellate Division, Third Department. December 8, 1897.) Action by Bradbury Dyer against Florence C. Carncross and others. No opinion. Judgment affirmed, with costs.